```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  PAUL JENNINGS,
11          Petitioner,                  No. CIV S-07-0708 FCD GGH P
12      vs.
13  STEPHEN MAYBERG,
14          Respondent.                  ORDER
15  _____/
```

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

A recent court order served on petitioner was returned unserved. Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order petitioner shall show cause why this action should not be dismissed for his failure to keep the court apprised of his current address.

DATED: 5/11/07                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

jenn0708.100fee

1