IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

    Petitioner,               No. CIV S-07-0708 FCD GGH P

    vs.

STEPHEN MAYBERG,

    Respondent.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 11, 2007, petitioner was ordered to show cause, within thirty days, why his action should not be dismissed. This order was re-served to petitioner at his most current address on May 30, 2007. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  9/6/07

4                                                                            /s/ Gregory G. Hollows

   _____
   UNITED STATES MAGISTRATE JUDGE

5  jenn0708.fsc