IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

      Petitioner,                    No. CIV S-07-0708 FCD GGH P

   vs.

STEPHEN MAYBERG,

      Respondent.              ORDER

_____/

      Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      On September 6, 2007, the court recommended that this action be dismissed for his failure to respond to an order directing him to show cause why this action should not be dismissed. On September 17, 2007, petitioner filed objections to the findings and recommendations. Good cause appearing, the findings and recommendations are vacated.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General;

5. The September 17, 2007, findings and recommendations are vacated.

DATED: 10/29/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jenn708.100