IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

      Petitioner,                        No. CIV S-07-0708 FCD GGH P

      vs.

STEPHEN MAYBERG,

      Respondent.                      ORDER

_____/

      Petitioner, housed at Coalinga State Hospital, is proceeding with a petition for writ of habeas corpus. Several pieces of mail sent to petitioner by the court have been returned unserved as undeliverable. The court has tried several different addresses including Paul Jennings, CO-000131-3, Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, CA, 93210, and Paul Jennings, CO-000131-3, Coalinga State Hospital, P.O. Box 5003, Unit 6, Coalinga, CA, 93210. Mail served at both of these addresses was returned by Coalinga State Hospital. Both of these addresses were provided to the court by petitioner.

      The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles of law." See generally S.E.C. v. G.C. George Securities, Inc., 637 F.2d 685 (9th Cir. 1981); United States v. New York Telephone Co., 434 U.S. 159 (1977). This section does not grant the court plenary

1

power to act in any way it wishes; rather, the All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction.  <u>Plum Creek Lumber Company v. Hutton</u>, 608 F.2d 1283, 1289 (9th Cir. 1979).

The court is concerned that it may lose its jurisdiction if petitioner is unable to prosecute this action because he cannot receive what appears to this court as properly addressed legal mail.

Accordingly, IT IS HEREBY ORDERED that:

1. The Director of the Coalinga State Hospital shall inform the court within fifteen days of the date of this order why petitioner's mail has been returned from the hospital as unserved; the Director shall also provide the court with a correct mailing for petitioner;

2. The Clerk of the Court shall serve this order on Director of Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210.

DATED: 01/08/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

jenn708.alw