IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

    Petitioner,                    No. CIV S-07-0708 FCD GGH P

    vs.

STEPHEN MAYBERG,

    Respondent.                ORDER

_____/

        Petitioner, housed at Coalinga State Hospital, is proceeding with a petition for writ of habeas corpus. Several pieces of mail sent to petitioner by the court have been returned as undeliverable. The court has tried several different addresses including Paul Jennings, CO-000131-3, Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, CA, 93210, and Paul Jennings, CO-000131-3, Coalinga State Hospital, P.O. Box 5003, Unit 6, Coalinga, CA, 93210. Mail served at both of these addresses was returned by Coalinga State Hospital. Both of these addresses were provided to the court by petitioner.

        Pursuant to the All Writs Act, on January 8, 2008, the court ordered the Director of Coalinga State Hospital to inform the court within fifteen days why petitioner's mail had been returned from the hospital as unserved. The court also ordered the Director to provide the court with a correct mailing address for petitioner.

1        The January 8, 2008, order was returned marked "undeliverable" as to both petitioner and the Director of Coalinga State Hospital.

       Accordingly, IT IS HEREBY ORDERED that respondent Stephen Mayberg, Director of the California Department of Mental Health, shall inform the court within fifteen days why petitioner's mail has been returned unserved; Stephen Mayberg shall also provide the court with the correct mailing address for petitioner.

DATED: 02/20/08

                                   /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

jen708.ord