IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

    Petitioner,                      No. CIV S-07-0708 FCD GGH P

    vs.

STEPHEN MAYBERG, et al.,

    Respondents.                   <u>ORDER</u>

_____/

        On March 25, 2008, the court recommended that this action be dismissed for petitioner's failure to keep the court apprised of his current address. On March 7, 2008, petitioner filed objections to the findings and recommendations.

        On April 23, 2008, respondent filed a response to petitioner's objections. According to respondent, petitioner's failure to provide the court with his correct and current mailing address resulted in orders being returned unserved.

        The court will not detail all of the orders returned unserved on petitioner, apparently based on his failure to provide his correct mailing address. The March 25, 2008, findings and recommendations are vacated. This matter is deemed submitted for decision. If the instant order is returned unserved, the court will again recommend dismissal of this action.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The March 25, 2008, findings and recommendations are vacated;

3  2. The petition is submitted for decision.

DATED: 05/13/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

jen708.vac